1  MENNEMEIER, GLASSMAN & STROUD LLP
   KENNETH C. MENNEMEIER (SBN 113973)
2  LANDON D. BAILEY (SBN 240236)
   980 9th Street, Suite 1700
3  Sacramento, CA 95814
   Telephone:    (916) 553-4000
4  Facsimile:    (916) 553-4011
   E-mail:       kcm@mgslaw.com
5
   Attorneys for Defendants
6  Merrill Lynch, Pierce, Fenner & Smith Incorporated
   and Arif Ahmed
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
    GREGORY J. BATY,                    )  Case No.  C 09-00009 SC
11                                      )
              Plaintiff,                )  **STIPULATION TO SUBMIT CLAIMS TO**
12                                      )  **ARBITRATION BEFORE FINRA;**
    v.                                  )  **[PROPOSED] ORDER UPON PARTIES'**
13                                      )  **STIPULATION COMPELLING**
    ARIF AHMED, MERRILL LYNCH,          )  **ARBITRATION OF PLAINTIFFS' CLAIMS**
14  PIERCE, FENNER & SMITH,             )  **AND STAYING FURTHER COURT**
    INCORPORATED, and DOES 1-100,       )  **PROCEEDINGS PENDING ARBITRATION**
15                                      )
              Defendants.               )
16  _____)

17         By and through their counsel, plaintiff Gregory J. Baty and defendants Merrill

18  Lynch, Pierce, Fenner & Smith, Incorporated (hereinafter "Merrill Lynch") and Arif Amed

19  (hereinafter "Amed") (collectively, "Defendants"), agree as follows:

20         1.      Pursuant to the terms of a written arbitration agreement between Plaintiff

21                 and Merrill Lynch, Plaintiff shall submit his claims against defendants

22                 Merrill Lynch and Arif Ahmed to arbitration before the Financial Industry

23                 Regulatory Authority, Inc. ("FINRA");

24         2.      The parties agree that it would be appropriate for, and therefore ask the

25                 Court to stay further proceedings before this Court pending resolution of

26                 arbitration proceedings before FINRA;

27         3.      The parties agree that it would be appropriate for, and therefore ask the

28                 Court to direct the parties to give the Court written notice within thirty

1   (30) days of the resolution of the FINRA arbitration proceeding; and

2   4.   The parties agree that it would be appropriate for, and Plaintiff therefore

3   asks that, the Court dismiss the Doe defendants without prejudice.

4   Dated: January 13, 2009                   HERR & ZAPALA, LLP

5

6                                             _____
                                              Timothy E. Herr, Attorneys for Plaintiff
7                                             Gregory J. Baty

8
    Dated: January 13, 2009                   MENNEMEIER, GLASSMAN & STROUD LLP
9                                             KENNETH C. MENNEMEIER
                                              LANDON D. BAILEY
10

11  By:   _____
                                              Kenneth C. Mennemeier, Attorneys for Defendants
12                                            Merrill Lynch, Pierce, Fenner & Smith Incorporated
                                              and Arif Ahmed
13

14                                    **ORDER**

15        Based on the parties' Stipulation, and good cause appearing, the Court orders:

16  1.   Plaintiff shall submit his claims against defendants Merrill Lynch and Arif

17  Ahmed to arbitration before FINRA;

18  2.   Further proceedings before this Court are stayed pending resolution of the

19  arbitration proceedings before FINRA;

20  3.   The parties are directed to give the Court written notice within thirty (30)

21  days of the resolution of the FINRA arbitration proceeding; and

22  4.   The Court dismisses Plaintiff's claims against the Doe defendants without

23  prejudice.

24        IT IS SO ORDERED.

25

26  Dated: January 15, 2009

27  The Honorable _____
    United States

28
    444.50.PLE.Stipulation.Arbitration.wpd                2
    STIPULATION TO SUBMIT CLAIMS TO ARBITRATION; ORDER THEREON