1  Timothy E. Herr, Esq.
   Herr & Zapala, LLP
2  152 N. Third Street, Suite 500
   San Jose, CA 95112
3  Telephone: 408.287.7788
   Facsimile: 408.287.7263
4  E-mail: tim@mylawfirm.com

5  Attorneys for Plaintiff
   GREGORY J. BATY

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 GREGORY J. BATY,                    )  Case No.  C 09-00009 SC
                                       )
12        Plaintiff,                   )  **NOTICE OF VOLUNTARY DISMISSAL**
                                       )
13 v.                                  )
                                       )
14 ARIF AHMED, MERRILL LYNCH,          )
   PIERCE, FENNER & SMITH,             )
15 INCORPORATED, and DOES 1-100,       )
                                       )
16        Defendants.                  )
   _____ )

17        NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure

18 41(a), plaintiff Gregory J. Baty voluntarily dismisses the above-captioned action without

19 prejudice.

20 Dated: June 14, 2010              HERR & ZAPALA, LLP

21

22                                   _____
                                     Timothy E. Herr, Attorneys for Plaintiff
23                                   Gregory J. Baty

   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]

   6/15/10

444.50.PLE.Notice.of.Voluntary.Dismissal.wpd           1
                          NOTICE OF VOLUNTARY DISMISSAL